(133 So. 914)
### BATES v. STATE.
### 2 Div. 977.

Supreme Court of Alabama.
April 2, 1931.

Rehearing Denied April 30, 1931.

O. B. Cornelius, of Birmingham, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

ANDERSON, C. J.

The defendant was convicted of murder in the first degree and given the death penalty.

We think that the trial court did not err in holding that a sufficient predicate was laid for the introduction of the confession of the defendant.

The brief of counsel for the appellant criticizes certain portions of the oral charge of the trial court, but we find no objection or exception thereto.

The judgment of the circuit court is affirmed.

Affirmed.

All the Justices concur.